■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY FESTA, Alias JAMES MALLOY, Appellant.— Motion for reargument denied, without costs. Motion for permission to appeal to the Court of Appeals dismissed

upon the ground that such application should be addressed to a Justice of this court or a Judge of the Court of Appeals. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.